*In the United States District Court for
the Northern District of West Virginia*

FILED

OCT 2 3 2025

U.S. DISTRICT COURT- NDWV
MARTINSBURG, WV 25401

**Complaint**

**42 USC 1983**

**Civil action   No**

**Jury is demanded**

3:25CV161
Groh | Trumble

**Plaintiff**

**William Robert Sweeney**

**vs**

**Defendants**

**Shepherd University police Corporation**

**Officer Robert Joseph James**

**unknown Officer Shepherd University**

**Shepherdstown Police Department corporation**

**Patrolman John A Jeffries**

**Patrolman Austin Simms**

**Chief of police, Michael King**

**West Virginia prosecuting attorneys office**

**Prosecuting attorney, Matthew L Harvey**

**Assistant attorney Morgan E Nick**

**West Virginia Magistrates Court for Jefferson County**

**Magistrate Vicky D'Angelo**

**Magistrate Arthena Roper**

## Jurisdiction

This court has jurisdiction because all offensives happened in West Virginia Jefferson County the plaintiff is domicile in West Virginia state defendants operate in West Virginia state

## Complaint

On 24th of October 2023 stopped by university police officer, Robert Joseph James extended to stop, longer than permitted by law  approximately 10 minutes into the stop Shepherdstown Police Department officer John Jefferies arrived shortly there after Officer Austin Simms  of the Shepherdstown Police Department arrived officer James did me threaten me to bust the window and extricate me out of my property stop lasted for approximately 45 minutes at which time I exited the vehicle and was attacked by officer, James, Officer Jefferies and Officer Simms at which time they used a taser and I was choked

suffered injury, and physical damage to

my propertyand placed handcuffs and in

the back of a university police vehicle

escorted to eastern regional jail at which

time these officers perjured themselves

and the magistrates conspired in a false

prosecution against me

## Parties

**Plaintiff**

**William Robert Sweeney**

**811 Jefferson Ave.,**

**Charles town, WV VA 25414**

**Defendants**

**Shepherd University police department**

**133 Campus Hill Dr., Moler  Hall
Shepherdstown, West Virginia, VA 25443**

**Officer Robert Joseph James, personally and officially**

**Unknown Officer of Shepherd University**

**Shepherdstown Police Department ration corporation**

**104 North King St.
Shepherdstown, West Virginia 25443**

**Chief of police, Michael King, personally and officially**

**Officer John, a Jefferies personally and officially**

Officer Austin Simms personally and officially

State of West Virginia prosecuting attorney's office Jefferson County

PO Box 729
Charles town, West Virginia,  25414

Attorney, Matthew L Harvey, personally and officially

Assistant attorney, Morgan, E Nick personally and officially

State of West Virginia Magistrate Court Jefferson County corporation

110 N. George Street
Charles town, West Virginia, 25414

Magistrate Vicki D'Angelo personally and officially

Magistrate Arthena Roper personally and officially

## Relief Demanded

The plaintiff  seeks conviction, overturn,

record, cleaned  $700 in property

damage $50 tow service $25,000 from

each individual personally and official capacity

$1 million from each corporation $1

million for personal injury and emotional

distress 1 million for false and imprisonment

and punitive damages awarded

by court

Signed  by

William Robert Sweeney
Date  October 23,2025

*In the United States, District Court*
*For the northern District of West Virginia*

*Plaintiff*

*William Robert Sweeney*

*811 Jefferson Ave.*

*Charlestown, WV 25414*

*Vs*

**Defendants**

(1) **Shepherd University police department**  7622 0410 0002 9804 5923

**133 Campus Hill Dr., Moler  Hall**
**Shepherdstown, West Virginia, VA 25443**

(2) **Officer Robert Joseph James, personally and officially**

(3) **Unknown Officer of Shepherd University**

(4) **Shepherdstown Police Department ration corporation**  7022 0410 0002 9804 5909

**104 North King St.**
**Shepherdstown, West Virginia 25443**

(5) **Chief of police, Michael King, personally and officially**

(6) **Officer John, a Jefferies personally and officially**

(7) **Officer Austin Simms personally and officially**

(8) **State of West Virginia prosecuting attorney's office Jefferson County**  7022 0410 0002 9804 5855

**PO Box 729**
**Charles town, West Virginia,  25414**

(9) **Attorney, Matthew L Harvey, personally and officially**

(10) **Assistant attorney, Morgan, E Nick personally and officially**

(11) **State of West Virginia Magistrate Court Jefferson County corporation**  7022 0410 0002 9804 5930

**110 N. George Street**
**Charles town, West Virginia, 25414**



**Magistrate Vicki D'Angelo personally and officially**

**Magistrate Arthena Roper personally and officially**

**Certificate of service**

**Hi William, Robert Sweeney, appearing pro saying hereby certified that I have served the foregoing complaint upon the defendants by deposing true copies by certified mail**

**Signed by**
**William Robert Sweeney**

**October 23, 2025**